# "EXHIBIT A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS MERCED<br><br>                 Plaintiff<br><br>   v.<br><br>GEMSTAR GROUP, INC.<br>GEMSTAR CANADA, INC.<br>ZIM MEDITERRANEAN<br>ZIM INTEGRATED SHIPPING SERVICES, LTD.<br>ZIM-AMERICAN ISRAELI SHIPPING CO., INC.<br>ZIM INTEGRATED SHIPPING SERVICES, INC.<br>ZIM INTEGRATED SHIPPING CO., INC.<br>SDA GLOBAL LOGISTICS, INC.<br>SECURITY DELIVERY SERVICE, INC.<br><br>                 Defendants | Civil Action 10- |

## **CONSENT TO REMOVAL**

Defendant **ZIM INTEGRATED SHIPPING CO., INC.**, a codefendant in this action, consents to Removal by Defendants Zim Integrated Shipping Services, Ltd., Zim-American Israeli Shipping Co., Inc., and Zim Integrated Shipping Services, Inc.

Dated: June 23, 2010

                                            Respectfully submitted,

                                            By: _____
                                                E. Michael Keating, III (EMK0572)
                                                Matthew H. James (MHJ3286)
                                                Attorneys for Defendant
                                                Zim Integrated Shipping Co. Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS MERCED<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>GEMSTAR GROUP, INC.<br>GEMSTAR CANADA, INC.<br>ZIM MEDITERRANEAN<br>ZIM INTEGRATED SHIPPING SERVICES, LTD.<br>ZIM-AMERICAN ISRAELI SHIPPING CO., INC.<br>ZIM INTEGRATED SHIPPING SERVICES, INC.<br>ZIM INTEGRATED SHIPPING CO., INC.<br>SDA GLOBAL LOGISTICS, INC.<br>SECURITY DELIVERY SERVICE, INC.<br><br>　　　　　　Defendants | Civil Action 10- |

## CONSENT TO REMOVAL

Defendant **ZIM MEDITERRANEAN**, a codefendant in this action, consents to Removal by Defendants Zim Integrated Shipping Services, Ltd., Zim-American Israeli Shipping Co., Inc., and Zim Integrated Shipping Services, Inc.

Dated: June 23, 2010

By: _____
E. Michael Keating, III (EMK0572)
Matthew H. James (MHJ3286)
Attorneys for Defendant
Zim Integrated Shipping Co. Inc.

{1445.00002:BMM1110}

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARLOS MERCED             :
                          :
                          :
         v.               :
                          :
GEMSTAR GROUP, INC.,      :
GEMSTAR CANADA, INC.      :
ZIM MEDITERRANEAN,        :
ZIM INTEGRATED SHIPPING SERVICES, LTD. :
ZIN-AMERICAN ISRAELI SHIPPING CO., INC. :
ZIM INTEGRATED SHIPPING SERVICES, INC. :
ZIM INTEGRATED SHIPPING CO., INC.,  :
SDS GLOBAL LOGISTICS, INC. and  :
SECURITY DELIVERY SERVICE, INC.  :   NO.

## CONSENT TO REMOVAL

Defendants, SDS Global Logistics, Inc. and Security Delivery Service, Inc., Co-Defendants in this action, consent to removal by Defendants, Zim Integrated Shipping Services, Ltd., Zim-American Israeli Shipping Co., Inc. and Zim Integrated Shipping Services, Inc.

SWEENEY & SHEEHAN

By: _____
Dennis L. Platt
Attorney for Defendants,
SDS Global Logistics, Inc. and
Security Delivery Service, Inc.

Identification No. 34497
1515 Market Street – 19th Floor
Philadelphia, PA 19102
(215) 563-9811

Dated: June 23, 2010