# "EXHIBIT B"

CP 37

# Commonwealth of Pennsylvania

## CITY AND COUNTY OF PHILADELPHIA

SUMMONS
CITACION

Carlos Merced
2127 McKinley Street
Philadelphia, PA 19149

COURT OF COMMON PLEAS

May

No. _____

*vs.*

Gemstar Group, Inc., 9 Browning Court,
Bolton, Ontario, Canada, L7E 1G8, ET AL.

To[1]  Gemstar Group, Inc., 9 Browning Court, Bolton, Ontario, Canada, L7E 1G8; Gemstar Canada, Inc., 9 Browning Court, Bolton, Ontario, Canada, L7E 1G8; Zim Mediterranean, 9 Andrei Sakharov St. "Matam", Scientific Industries Center, P.O.B 1723, Haifa 31016 Israel; Zim Integrated Shipping Services Ltd., 5801 Lake Wright Drive, Norfolk, Va. 23502; Zim-American Israeli Shipping Co., Inc., 5801 Lake Wright Drive, Norfolk, Va. 23502; Zim Integrated Shipping Services, Inc., 1210 Corbin Street, Elizabeth, NJ 07201-2951; Zim Integrated Shipping Co., Inc., 9 Andrei Sakharov St. "Matam", Scientific Industries Center, P.O.B 1723, Haifa 31016 Israel; SDS Global Logistics, Inc., 5209 31st Place, Long Island City, NY 11101; Security Delivery Service, Inc., 52-09 31st Place, Long Island City, NY 11101-3229

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*[2]

Carlos Merced
2127 McKinley Street
Philadelphia, PA 19149

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



JOSEPH H. EVERS
*Prothonotary*

By _____



Date _____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 100502626

COURT OF COMMON PLEAS

May _____ Term, 20 10 ___ No. _____

Carlos Merced
2127 McKinley Street
Philadelphia, PA 19149

vs.

Gemstar Group, Inc., 9 Browning Court, Bolton,
Ontario, Canada, L7E 1G8, ET AL.

SUMMONS

Case ID: 100502626