# "EXHIBIT C"

Law Offices
# JOHN T. DOOLEY, LLC.

John T. Dooley
Admitted in PA and NJ
L.L.M. Trial Advocacy

William J. Coppol
Admitted in PA

John A. Mattiacci
Admitted in PA and NJ

The Dooley Building
5434 King Avenue @ Route 38 East
Suite 202
Pennsauken, New Jersey 08109-1197

Voice: (856) 488-9010
Fax:   (856) 488-9019
E-mail: JTD@DOOLEYLAW.NET
        WJC@DOOLEYLAW.NET
        JAM@DOOLEYLAW.NET

RECEIVED

MAY 24 2010

BY: _____

May 20, 2010

**CERTIFIED MAIL, R.R.R. & U.S. MAIL**

Zim Integrated Shipping Services Ltd.
5801 Lake Wright Drive
Norfolk, Va. 23502

Re:  Merced v. Gemstar Group, Inc., et al
     **PCCP May Term 2010, No.:** _____

Dear Sir or Madam:

Enclosed please find the following documents in the above captioned matter:

1. Writ of Summons filed in the Philadelphia Court of Common Pleas;
2. Civil Cover Sheet; and
3. Praecipe to Issue Writ of Summons.

Please forward all documents to your insurance company as soon as possible. Please respond to these documents within the time provided by the Pennsylvania Rules of Civil Procedure.

If you should have any questions please do not hesitate to contact my office at the above number.

Very truly yours,

*LAW OFFICES OF JOHN T. DOOLEY, LLC*

BY: _____
    JOHN A. MATTIACCI, JR.

JAM/djd
Enc.

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**MAY 2010    002626**

E-Filing Number: 1005031346

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| CARLOS MERCED | GEMSTAR GROUP, INC., ALIAS: GEMSTAR CANADA, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 2127 MCKINLEY STREET<br>PHILADELPHIA PA 19149 | 9 BROWNING COURT<br>BOLTON ON L7E 1G8 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | GEMSTAR CANADA, INC., ALIAS: GEMSTAR GROUP, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 9 BROWNING COURT<br>BOLTON ON L7E 1G8 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | ZIM MEDITERRANEAN, ALIAS: ZIM INTEGRATED SHIPPING CO., INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 9 ANDREI SAKHAROV STREET MATAM SCIENTIFIC INDUSTRIES CT P.O.B. 1723<br>HAIFA 31016 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 9 | ☐ Complaint ☐ Petition Action ☐ Notice of Appeal<br>☒ Writ of Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration ☐ Mass Tort ☐ Commerce ☐ Settlement<br>☒ Jury ☐ Savings Action ☐ Minor Court Appeal ☐ Minors<br>☐ Non-Jury ☐ Petition ☐ Statutory Appeals ☐ W/D/Survival<br>☐ Other: |

**CASE TYPE AND CODE**
20 - PERSONAL INJURY - OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|---|
| | **FILED<br>PRO PROTHY**<br>MAY 19 2010<br>S. GARRETT | YES    NO |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>CARLOS MERCED</u>

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JOHN A. MATTIACCI | LAW OFFICE OF JOHN T. DOOLEY<br>5434 KING AVENUE @ ROUTE 38 EA<br>SUITE 202<br>PENNSAUKEN NJ 08109 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (856)488-9010 | (856)488-9019 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 89657 | jam@dooleylaw.net |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| JOHN MATTIACCI | Wednesday, May 19, 2010, 01:33 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

COMPLETE LIST OF DEFENDANTS:
1. SECURITY DELIVERY SERVICE, INC.
   52-09 31ST PLACE
   LONG ISLAND CITY NY 11101
2. SDS GLOBAL LOGISTICS, INC.
   52-09 31ST PLACE
   LONG ISLAND CITY NY 11101
3. ZIM INTEGRATED SHIPPING CO., INC.
   9 ANDREI SAKHAROV STREET MATAM SCIENTIFIC INDUSTRIES CT P.O.B. 1723
   HAIFA   31016
4. ZIM INTEGRATED SHIPPING SERVICES, INC.
   1210 CORBIN STREET
   ELIZABETH NJ 07201-2951
5. ZIM-AMERICAN ISRAELI SHIPPING CO., INC.
   5801 LAKE WRIGHT DRIVE
   NORFOLK VA 23502
6. ZIM INTEGRATED SHIPPING SERVICES, LTD.
   5801 LAKE WRIGHT DRIVE
   NORFOLK VA 23502
7. ZIM MEDITERRANEAN
   ALIAS: ZIM INTEGRATED SHIPPING CO., INC.
   9 ANDREI SAKHAROV STREET MATAM SCIENTIFIC INDUSTRIES CT P.O.B. 1723
   HAIFA   31016
8. GEMSTAR CANADA, INC.
   ALIAS: GEMSTAR GROUP, INC.
   9 BROWNING COURT
   BOLTON ON L7E 1G8
9. GEMSTAR GROUP, INC.
   ALIAS: GEMSTAR CANADA, INC.
   9 BROWNING COURT
   BOLTON ON L7E 1G8

THIS IS NOT AN ARBITRATION MATTER.
A JURY OF 12 PERSONS IS DEMANDED.
ASSESSMENT OF DAMAGES HEARING IS REQUIRED.

**LAW OFFICES OF JOHN T. DOOLEY, LLC**
By: John T. Dooley, Esquire; William J. Coppol, Esquire;
John Mattiacci, Esquire
Identification No. 68801/84666/89657
5434 King Avenue @ Route 38 East
Suite 202
Pennsauken, NJ 08109
(856) 488-9010
(856) 488-9019 (Fax)

ATTORNEYS FOR PLAINTIFFS

| | |
|---|---|
| CARLOS MERCED<br>2127 McKinley Street<br>Philadelphia, PA 19149<br>                Plaintiff<br>v.<br><br>GEMSTAR GROUP, INC.<br>9 Browning Court<br>Bolton, Ontario<br>Canada, L7E 1G8<br><br>GEMSTAR CANADA, INC.<br>9 Browning Court<br>Unit 2<br>Bolton, Ontario<br>Canada, L7E 1G8<br><br>(Continued)<br>                Defendants | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br><br>LAW DIVISION<br><br>MAY TERM, 2010<br><br>NO.: |

## PRAECIPE TO ISSUE WRIT OF SUMMONS

TO THE PROTHONOTARY:

Kindly issue a Writ of Summons in connection with the above-referenced matter.

*LAW OFFICES OF JOHN T. DOOLEY, LLC*

BY: /S/
John T. Dooley, Esquire
William J. Coppol, Esquire
John A. Mattiacci, Jr., Esquire
Attorney for Plaintiffs

Case ID: 100502626

| | |
|---|---|
| **(Continued)** | : |
| | : |
| Zim Mediterranean | : |
| 9 Andrei Sakharov St. "Matam" | : |
| Scientific Industries Center | : |
| P.O.B 1723 | : |
| Haifa 31016 Israel | : |
| | : |
| Zim Integrated Shipping Services Ltd. | : |
| 5801 Lake Wright Drive | : |
| Norfolk, Va. 23502 | : |
| | : |
| Zim-American Israeli Shipping Co., Inc. | : |
| 5801 Lake Wright Drive | : |
| Norfolk, Va. 23502 | : |
| | : |
| Zim Integrated Shipping Services, Inc. | : |
| 1210 Corbin Street | : |
| Elizabeth, NJ 07201-2951 | : |
| | : |
| Zim Integrated Shipping Co., Inc. | : |
| 9 Andrei Sakharov St. "Matam" | : |
| Scientific Industries Center | : |
| P.O.B 1723 | : |
| Haifa 31016 Israel | : |
| | : |
| SDS Global Logistics, Inc. | : |
| 5209 31st Place | : |
| Long Island City, NY 11101 | : |
| | : |
| Security Delivery Service, Inc. | : |
| 52-09 31st Place | : |
| Long Island City, NY 11101-3229 | : |
| | : |
| Defendants | : |

CP.97

# Commonwealth of Pennsylvania
## CITY AND COUNTY OF PHILADELPHIA

SUMMONS
*CITACION*

Carlos Merced
2127 McKinley Street
Philadelphia, PA 19149

COURT OF COMMON PLEAS

May

No. _____

*vs.*

Gemstar Group, Inc., 9 Browning Court,
Bolton, Ontario, Canada, L7E 1G8, ET AL.

To[1]  **Gemstar Group, Inc.,** 9 Browning Court, Bolton, Ontario, Canada, L7E 1G8; **Gemstar Canada, Inc.,** 9 Browning Court, Bolton, Ontario, Canada, L7E 1G8; **Zim Mediterranean,** 9 Andrei Sakharov St. "Matam", Scientific Industries Center, P.O.B 1723, Haifa 31016 Israel; **Zim Integrated Shipping Services Ltd.,** 5801 Lake Wright Drive, Norfolk, Va. 23502; **Zim-American Israeli Shipping Co., Inc.,** 5801 Lake Wright Drive, Norfolk, Va. 23502; **Zim Integrated Shipping Services, Inc.,** 1210 Corbin Street, Elizabeth, NJ 07201-2951; **Zim Integrated Shipping Co., Inc.,** 9 Andrei Sakharov St. "Matam", Scientific Industries Center, P.O.B 1723, Haifa 31016 Israel; **SDS Global Logistics, Inc.,** 5209 31st Place, Long Island City, NY 11101; **Security Delivery Service, Inc.,** 52-09 31st Place, Long Island City, NY 11101-3229

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante[2]*

Carlos Merced
2127 McKinley Street
Philadelphia, PA 19149

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*





JOSEPH H. EVERS
*Prothonotary*

By _____

Date _____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 100502626

COURT OF COMMON PLEAS

May _____ Term, 20 10 No. _____

Carlos Merced
2127 McKinley Street
Philadelphia, PA 19149

vs.

Gemstar Group, Inc., 9 Browning Court, Bolton,
Ontario, Canada, L7E 1G8, ET AL.

SUMMONS

Case ID: 100502626