IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS MERCED**     :<br>    **Plaintiff,**     :<br>                                  :  **CIVIL ACTION NO. 10-3054**<br>    **v.**                          :<br>                                  :<br>**GEMSTAR GROUP, INC.,**  :<br>**ET AL.**                     :<br>    **Defendants**.          : | |

## ORDER

**AND NOW**, this _____ day of November, 2011, upon consideration of Defendants' Margraf, S.P.A., Margraf Tiles, S.R.L., and Linea Marmo, S.P.A ("Margraf Defendants", collectively) Motions to Dismiss (Docs. 30, 31, 32), Defendant Gemstar Canada Inc.'s Response (Doc. 37), Defendant Zim Integrated Shipping Services, Ltd.'s Response (Doc. 38), Plaintiff's Response (Doc. 39), Defendants' SDS Global Logistics, Inc. and Security Delivery Service, Inc. Response (Doc. 44), and the Margraf Defendants' Reply (Doc. 50), **IT IS HEREBY ORDERED and DECREED** that the Margraf Defendants' Motions to Dismiss are **DENIED**.[1]

   BY THE COURT:

   /s/ Petrese B. Tucker
   _____
   **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This order accompanies the Court's memorandum, dated November __, 2011.