# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS MERCED** : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 10-3054 |
| : | |
| **GEMSTAR GROUP, INC. ET AL.,** : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW THIS _____ day of March, 2015, upon consideration of Defendant Gemstar Canada, Inc.'s ("Gemstar") Motion for Summary Judgment (Doc. 93), Plaintiff Carlos Merced's Response in Opposition (Doc. 98), Defendant Gemstar's Reply in Support of Motion for Summary Judgment (Doc. 101), and all other briefs, exhibits, and papers herein, **IT IS HEREBY ORDERED and DECREED** that the Motion is **DENIED**.

             BY THE COURT:
             /s/ Petrese B. Tucker
             _____
             **Hon. Petrese B. Tucker, C.J.**