IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS MERCED** | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : NO. 10-3054 |
| | : |
| **GEMSTAR GROUP, INC. ET AL.,** | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW THIS _____ day of March, 2015, upon consideration of Defendant Gemstar Canada, Inc.'s ("Gemstar") Motion for Partial Summary Judgment As to Punitive Damages (Doc. 94), Plaintiff Carlos Merced's Response in Opposition to Defendant Gemstar's Motion for Partial Summary Judgment As to Punitive Damages (Doc. 97), Defendant Gemstar's Reply in Support of Motion for Partial Summary Judgment (Doc. 100), Defendants Margraf, S.P.A., Linea Marmo, S.P.A., and Margraf Tiles S.R.L.'s (collectively "Margraf") Motion for Partial Summary Judgment (Doc. 95), Plaintiff Carlos Merced's Response in Opposition to the Motion for Partial Summary Judgment Filed By Defendant Margraf (Doc. 96), and all other briefs, exhibits, and papers herein, **IT IS HEREBY ORDERED and DECREED** as follows:

1) Defendant Gemstar's Motion for Partial Summary Judgment As to Punitive Damages is **GRANTED**; and

2) Defendant Margraf's Motion for Partial Summary Judgment is **GRANTED**.

BY THE COURT:

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, C.J.**